# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Republic Technologies (NA), LLC et al,

Plaintiff(s),

v.

Jam Food Market, Inc. et al,

Defendant(s).

Case No. 1:19-cv-07993
Judge Thomas M. Durkin

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☒ in favor of plaintiff(s) REPUBLIC TECHNOLOGIES (NA), LLC, and SREAM, INC
and against defendant(s) MOHAMMAD MANSOUR
in the amount of $30,400.00 ,

which ☐ includes pre–judgment interest.
☒ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge     presiding, and the jury has rendered a verdict.
☐ tried by Judge     without a jury and the above decision was reached.
☒ decided by Judge Thomas M. Durkin on a motion for default judgment.

Date: 12/7/2020

Thomas G. Bruton, Clerk of Court

Emily Wall , Deputy Clerk